In the Matter of the Estate of CAROLYN A. NEWTON, Deceased. FRANCIS O. AFFELD, JR., as Executor, Appellant; STATE TAX COMMISSION, Respondent.

Argued January 16, 1945; decided March 1, 1945.

*Murray Sendler, Frank Sowers* and *John H. Conroy* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel, Murray Sendler* and *John H. Conroy* for The New York City Teachers' Retirement System, *amicus curiæ* in support of appellant.

*John H. Conroy* and *Murray Sendler* for The Joint Committee of Teachers' Organizations of The City of New York, *amicus curiæ* in support of appellant.

*Mortimer M. Kassell* and *Paul Newman* for respondent.

Order affirmed, without costs: no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.